UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:18-cv-05118-SVW-JPR |
| Title: | Luis Morales-Garcia et al v. Higuera Farms, Inc. et al |
| Date | February 4, 2021 |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Miram Baird/Terri Hourigan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Cynthia Rice, Cecilia Zamora, Ezra Kautz, Ellie Song, Veronica Melendez | Effie Anastassiou, Todd Hunt, Vincent Martinez, Jason Kearnaghan |

__2nd__ Day Court Trial   ____ Day Jury Trial

___ One day trial:   ___ Begun (1st day);   ___ Held & Continued;   _X_ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by
✓ Witnesses called, sworn and testified.   ✓ Exhibits Identified   ✓ Exhibits admitted.
✓ Plaintiff(s) rest.   ✓ Defendant(s) rest.
___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
✓ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
✓ Case submitted.   ✓ Briefs to be filed by   Post Trial Briefing Order to issue.
___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.
___ Settlement reached and placed on the record.
✓ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
___ Case continued to _____ for further trial/further jury deliberation.
✓ Other: Trials counsel shall sign and email the Exhibit Release Form (attached) to the Court's clerk.

7 : 50

Initials of Deputy Clerk   PMC

cc:

NAME & ADDRESS:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Luis Morales-Garcia et al | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S) | 2:18-cv-05118-SVW-JPR |
| v. | |
| Higuera Farms, Inc. et al | **RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING** |
| DEFENDANT(S) | |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the joint _____ exhibit list are hereby being returned to counsel for the respective party(ies) **except** the following exhibit(s)

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

_____
Date

Counsel for: ☐Plaintiff  ☐Defendant  ☐ _____

_____
Signature                                    Telephone Number

_____
Date

Counsel for: ☐Plaintiff  ☐Defendant  ☐ _____

_____
Signature                                    Telephone Number

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.

Clerk, U.S. District Court

By _____
Deputy Clerk

_____
Date

G-38 (08/16)   **RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT  JUDGMENT AT TRIAL / AFTER HEARING**