JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LUIS MORALES-GARCIA, BENITO PEREZ-REYES, CESAR JIMENEZ-MENDOZA, GABRIELA RENDON-VASQUEZ, AND JUANA VELASCO-TORRES<br><br>    Plaintiffs,<br>vs.<br><br>HIGUERA FARMS, INC., LA CUESTA FARMING COMPANY, INC., BIG F COMPANY, INC., BETTER PRODUCE INC., RED BLOSSOM SALES, INC.<br><br>    Defendants. | CASE NO.  2:18-cv-05118-SVW-JPR<br><br>**ENTRY OF JUDGMENT** |

In accordance with its Memorandum of Decision, the Court hereby ENTERS the following judgment:

1. Judgment is entered in favor of Defendants Better Produce Inc. and Red Blossom Sales Inc.
2. This judgment shall be deemed a final judgment pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

Date: October 15, 2021

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE