|   |   |   |
|---|---|---|
| | **UNITED STATES DISTRICT COURT** | |
| | **CENTRAL DISTRICT OF CALIFORNIA** | |

| | |
|---|---|
| LUIS MORALES-GARCIA, BENITO PEREZ-REYES, CESAR JIMENEZ-MENDOZA, GABRIELA RENDON-VASQUEZ, and JUANA VELASCO-TORRES, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>HIGUERA FARMS, INC., LA CUESTA FARMING COMPANY, INC., BIG F COMPANY, INC., RED BLOSSOM SALES, INC., BETTER PRODUCE, INC., and DOES 1-8,<br><br>*Defendants*. | Case No.: 2:18-cv-05118-SVW-JPR<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR CERTIFICATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 54(B)**<br><br>DATE:   December 6, 2021<br>JUDGE: Hon. Wilson<br>COURTROOM: 10A, 10th Floor |

## ORDER

The Court, having considered Plaintiffs' Motion For Certification Under <u>Federal Rule of Civil Procedure 54(b)</u>, arguments of counsel, and the documents on file in this case, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Motion For Certification Under <u>Federal Rule of Civil Procedure 54(b)</u> is GRANTED.

2. The October 18, 2021 Final Judgment entered in favor of Defendants Better Produce, Inc. and Red Blossom Sales, Inc., <u>Dkt. 399</u>, shall be amended, certified and entered pursuant to <u>Federal Rule of Civil Procedure 54(b)</u>. There is no just reason for delay because the claims against Red Blossom Sales, Inc. and Better Produce, Inc. for joint employer and client employer are severable in both the legal and factual issues involved from the claims against Higuera Farms. Inc., La Cuesta Farming Company, Inc., and Big F Company, Inc. for wage and hour violations.

**IT IS SO ORDERED.**

Dated: ___December 7, 2021___         _____
                                       Hon. Stephen V. Wilson
                                       United States District Court Judge