## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MORALES-GARCIA, BENITO PEREZ-REYES, CESAR JIMENEZ-MENDOZA, GABRIELA RENDON-VASQUEZ, and JUANA VELASCO-TORRES, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>HIGUERA FARMS, INC., LA CUESTA FARMING COMPANY, INC., BIG F COMPANY, INC., RED BLOSSOM SALES, INC., BETTER PRODUCE, INC., and DOES 1-8,<br><br>*Defendants*. | Case No.: 2:18-cv-05118-SVW-JPR<br><br>**CLASS ACTION**<br><br>**AMENDED ENTRY OF JUDGMENT** |

## AMENDED JUDGMENT

In accordance with its Memorandum of Decision, Dkt. 398, Final Judgment, Dkt. 399, and Order Granting Plaintiffs' Motion for Certification Under Federal Rule of Civil Procedure 54(b), Dkt. 415, the Court hereby ENTERS the following Amended Judgment:

1. Judgment is entered in favor of Defendants Better Produce, Inc. and Red Blossom Sales, Inc.

2. This Judgment shall be deemed a final judgment pursuant to Federal Rule of Civil Procedure 58.

3. Pursuant to Federal Rule of Civil Procedure 54(b), there is no just reason for delay because the claims against Red Blossom Sales, Inc. and Better Produce, Inc. for joint employer and client employer are severable in both the legal and factual issues involved from the claims against Higuera Farms Inc., La Cuesta Farming Company, Inc., and Big F Company, Inc. for wage and hour violations.

IT IS SO ORDERED.

Dated: January 3, 2022

_____
Hon. Stephen V. Wilson
United States District Court Judge