Verónica Meléndez, SBN 294106
Cecilia Guevara Langberg, SBN 307159
Ezra Kautz, SBN 300352
CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
2210 K Street, Suite 201
Sacramento, CA 95816
Telephone: (916) 446-7904
Facsimile: (916) 446-3057
vmelendez@crlaf.org
cguevarazamora@crlaf.org
ekautz@crlaf.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MORALES-GARCIA, BENITO PEREZ-REYES, CESAR JIMENEZ-MENDOZA, GABRIELA RENDON-VASQUEZ, and JUANA VELASCO-TORRES, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>HIGUERA FARMS, INC., LA CUESTA FARMING COMPANY, INC., BIG F COMPANY, INC., RED BLOSSOM SALES, INC., BETTER PRODUCE, INC., and DOES 1-8,<br><br>*Defendants*. | Case No.: 2:18-cv-05118-SVW-JPR<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' STATUS REPORT RE BANKRUPTCY PROCEDINGS** |

Plaintiffs Luis Morales-Garcia, Benito Perez-Reyes, Cesar Jimenez-Mendoza, Gabriela Rendon-Vasquez, and Juana Velasco-Torres (hereafter "Plaintiffs"), were H-2A and domestic farmworkers employed in and around Santa Maria, California to harvest strawberries. Plaintiffs were recruited and employed by three growers owned by members of the Contreras family, Higuera Farms, Inc.

("Higuera"), La Cuesta Farming Company, Inc. ("La Cuesta"), and Big F Company, Inc. ("Big F") (collectively "the Contreras Defendants"). Plaintiffs brought the instant putative class action alleging systemic acts of wage theft and other recurrent violations of state and federal labor law. Plaintiffs also alleged that Red Blossom Sales, Inc. ("Red Blossom") and Better Produce, Inc. ("Better Produce") were liable for these underlying violations as client employers under California Labor Code section 2810.3 and as joint employer under both California law and federal law.

After initially participating in this action, each of the Contreras Defendants defaulted and filed for bankruptcy under Chapter 7. The Court entered judgment in favor of Red Blossom and Better Produce after trial on their liability, and the Court of Appeals ultimately affirmed this judgment.

Plaintiffs previously informed the Court that they had negotiated a settlement with the Chapter 7 trustee for each of the bankruptcy cases, Jeremy M. Faith ("the Trustee"). (Dkt. 443, at 4, ¶ 5.) On February 23, 2024, the Court ordered this action stayed, denied the pending class certification motion as moot, and ordered the parties to file a status report within 30 days. (Dkt. 446.)

Plaintiffs now submit this status report:

1.  Plaintiffs and the Trustee finalized a class action settlement agreement in January 2024, and executed on March 18, 2024 ("the Settlement Agreement"). The Settlement Agreement provides for distribution of the vast majority of the limited remaining assets of the Contreras Defendants to the proposed class members in this action, who are the largest unsecured creditors in each case. Plaintiffs' counsel are waiving all costs and attorney fees. A copy of the Settlement Agreement is attached as Exhibit "1" to the annexed declaration of Ezra Kautz, paragraph 5.

2. On March 19, 2024, the Trustee filed a Motion to Approve Compromise, as required by Federal Rule of Bankruptcy Procedure 9019, in each case corresponding to the remaining defendants in this action:

    a. *In re Higuera Farms, Inc.*, 9:19-bk-11789 (ECF doc. 105);

    b. *In re La Cuesta Farming Company, Inc.*, 9:19-bk-10992 (ECF doc. 130);

    c. *In re Big F Company, Inc.*, 9:20-bk-10860 (ECF doc. 90).

3. The hearings on these motions are set for April 9, 2024.

4. Separately, Plaintiffs will shortly be filing their motions for preliminary approval of class action settlement in each of the above bankruptcy cases. If and when preliminary approval is granted, notice will be given to the proposed classes and a date set for a final approval hearing in bankruptcy court.

DATED: April 1, 2024        CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION

By:   /s/ Ezra Kautz
      *Attorneys for Plaintiffs*